REBECCA WRIGHT ET AL., PLAINTIFFS IN ERROR, VS. THE STATE OF FLORIDA, DEFENDANT IN ERROR.

A writ of error issued by a clerk of a Circuit Court to a judgment of a circuit judge in a *habeas corpus* proceeding is a nullity where there has been no grant of such writ by the circuit judge who heard the cause, or a justice of the Supreme Court, under Sec. 1780 Rev. Stat., nor by the Supreme Court.

Writ of Error to the Circuit Court for Marion county.

The facts in the case are stated in the opinion of the court.

*W. K. Zewadski* for Plaintiffs in Error.

*The Attorney-General* for Defendant in Error.

RANEY, C. J.:

The Judge of the Fifth Circuit issued a writ of *habeas corpus*, and on hearing remanded the petitioners, Rebecca Wright and Lizzie Murry, for trial before the Criminal Court of Record for Marion county. To this judgment the Clerk of the Circuit Court of Marion county issued a writ of error returnable before this court on the 27th day of October, *ultimo*. There was no allowance or grant of the writ by this court; nor by any of its justices, or the Circuit Judge, as provided by Section 1780, Rev. Stat., and consequently the writ is a nullity, and we have no jurisdiction of the cause. It will be dismissed at the cost of the petitioners.

Judgment accordingly.